# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT
# CIVIL DIVISION

| | |
|---|---|
| JUAN SALAZAR, et al., <br><br> **Plaintiff,** <br><br> v. <br><br> CENTURY ARMS, INC., and ROMARM, S.A., <br><br> **Defendants.** | C.A. No. 2:22-cv-146 |

## STIPULATED ORDER FOR REPLY TO MOTION TO DISMISS

It is hereby stipulated and agreed by and between the attorneys for Plaintiffs, JUAN SALAZAR, et al. ("Plaintiffs"), and the attorneys for Defendant, CENTURY ARMS, INC. ("Defendant"), that the time within which Defendant may file its reply brief in further support of its Motion to Dismiss is extended from June 24, 2024 to July 1, 2024.

**POWERS & POWERS P.C.**

By: *s/ Adam L. Powers*
   ADAM L. POWERS, ESQ.
   1205 Three Mile Bridge Rd
   Middlebury VT 05753
   adam@powerslawvt.com

*Attorneys for Plaintiffs*

Dated: June 24, 2024

**LYNN, LYNN, BLACKMAN & MANITSKY, P.C.**

By: *s/ Andrew D. Manitsky*
   ANDREW D. MANITSKY, ESQ.
   76 St. Paul Street, Suite 400
   Burlington, VT 05401
   amanitsky@lynnlawvt.com

*Attorneys for Defendant Century Arms, Inc.*

Dated: June 24, 2024

**So Ordered**.

   /s/William K. Sessions III
   Hon. William K. Sessions III
   United States District Court Judge

   Dated:  June 24, 2024