## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT
## CIVIL DIVISION

|  |  |
|---|---|
| JUAN SALAZAR; et al.,<br><br>**Plaintiff,**<br><br>**v.**<br><br>CENTURY ARMS, INC., and ROMARM, S.A.,<br><br>**Defendants.** | C.A. No. 2:22-cv-146 |

### PLAINTIFFS' MOTION FOR ORAL ARGUMENT, IF HELPFUL TO THE COURT

Plaintiffs, by and through their undersigned counsel, inform the Court that they would welcome the opportunity for oral argument on Defendants' pending Motion to Dismiss, if the Court is so inclined, pursuant to L.R. 7(a)(6).

Dated: October 14, 2024.

s/ Philip Bangle
Philip Bangle (Pro Hac Vice)
*Lead Counsel*
840 First Street NE
Suite 400Washington, DC
20002 202-370-8111
pbangle@bradyunited.org


**POWERS & POWERS P.C.**
*s/ Adam L Powers*
Adam L. Powers Esq.
1205 Three Mile Bridge Road
Middlebury, Vermont 05753
802-388-2211
adam@powerslawvt.com

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, I electronically filed the above Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew D. Manitsky, Esq., Anthony M. Pisciotti, Esq., Danny C. Lallis, Esq., and Ryan L. Erdreich, Esq.; and I hereby certify that on _____, I mailed by United States Postal Service, the document(s) to the following non-registered participants:_NONE_____.

Dated: October 14, 2024.

**POWERS & POWERS P.C.**
*s/ Adam L Powers*
Adam L. Powers Esq.
1205 Three Mile Bridge Road
Middlebury, Vermont 05753
802-388-2211
adam@powerslawvt.com