THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
CIVIL DIVISION

| | |
|---|---|
| JUAN SALAZAR; et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>CENTURY ARMS, INC., and ROMARM, S.A.,<br><br>**Defendants.** | C.A. No. 2:22-cv-146 |

**STIPULATED MOTION TO EXTEND DISCOVERY-RELATED DEADLINES**

Plaintiffs, with the prior consent of Defendant Century Arms, Inc. by and through counsel, respectfully ask this honorable Court to extend all discovery-related deadlines otherwise imposed under the Vermont Local Rules and/or the Federal Rules of Civil Procedure by an additional 90 days following entry of an Order granting this motion. This stipulated motion is not intended to shorten or limit any deadline. Reference is made to separate but related case captioned *Wendy Towner et al v. Century Arms, Inc. et al.*, C.A. No. 2:22-cv-145 – which shares common claims and Defendants with this matter. In that related case, but not this one, Century filed a Motion to Reconsider [ECF No. 31] the Court's Opinion and Order on Motion to Dismiss. Discovery efforts and expenses in these two matters will be significant, and should be combined for the efficiency of all parties. An extension of deadlines would allow discovery in the two matters to proceed together.

Plaintiffs appreciate the Court's review of this matter.

1

Dated: March 26, 2025

s/ Philip Bangle
Philip Bangle (Pro Hac Vice)
*Lead Counsel*
840 First Street NE
Suite 400Washington, DC
20002 202-370-8111
pbangle@bradyunited.org

**POWERS & POWERS P.C.**
*s/ Adam L Powers*
Adam L. Powers Esq.
1205 Three Mile Bridge Road
Middlebury, Vermont 05753
802-388-2211
adam@powerslawvt.com
