NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Juan Salazar et al

      v.                                    Case No. 2:22-cv-146

Century Arms, Inc.
Romarm, S.A.


TAKE NOTICE that the above-entitled case has been scheduled at 10:30 a.m. on Monday, March 30, 2026 in Burlington, Vermont, before the Honorable William K. Sessions III, District Judge, for a Status Conference.

Location: Courtroom 110                JEFFREY S. EATON, Clerk
                                       By: */s/ Lisa Wright*
                                       Deputy Clerk
                                       3/23/2026


TO:

Adam L. Powers, Esq.
Jeffrey Bogert, Esq.
Philip Bangle, Esq.
Richard J. Plezia, Esq.
Robert M. Cross, Esq.

Andrew D. Manitsky, Esq.

Court Reporter