**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
CIVIL DIVISION**

| | |
|---|---|
| JUAN SALAZAR, et al., <br><br> **Plaintiff,** <br><br> **v.** <br><br> CENTURY ARMS, INC., and ROMARM, S.A., <br><br> **Defendants.** | C.A. No. 2:22-cv-146 |

**PLAINTIFFS' NOTICE OF DISMISSAL AS TO ALL REMAINING CLAIMS**

Pursuant to Fed. R. Civ. Pro. 41(a)(1), a plaintiff may dismiss an action prior to a defendant filing an answer or a motion for summary judgment by filing a Notice of Dismissal.

In light of this Court's grant of Defendants' Motion for Reconsideration (ECF No. 40, 9/29/2025) on Defendant Century Arm, Inc.'s Motion to Dismiss in the related case of *Towner v. Century Arms* (C.A. No. 2:22-cv-145), Plaintiffs in this matter file this Notice of Dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1). Plaintiffs seek dismissal as to all remaining claims against all Defendants with prejudice.

**BRADY**
s/ Robert M. Cross
Robert M. Cross (Pro Hac Vice)
840 First Street NE
Suite 400Washington, DC
20002 202-370-8111
rcross@bradyunited.org

**POWERS & POWERS P.C.**
*s/ Adam L Powers*
Adam L. Powers Esq.
1205 Three Mile Bridge Road
Middlebury, Vermont 05753
802-388-2211
adam@powerslawvt.com

2